UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CITY OF JACKSON, MISSISSIPPI                                                            PLAINTIFF

V.                                                             CIVIL ACTION NO. 3:19-cv-805-DPJ-FKB

ZURICH AMERICAN INSURANCE COMPANY                                         DEFENDANT

ORDER

The parties have announced to the Court the resolution of this matter and that it can be administratively closed. For administrative purposes and in the interest of justice, the Clerk is directed to administratively close the file until further order of the Court. The administrative closure of this case shall in no way constitute a dismissal or termination of this action and shall have no effect on any statute of limitations. If necessary, a party may move to have the case returned to the active docket.

**SO ORDERED AND ADJUDGED** this the 24th day of March, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE